

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Denessa Hazzard

**Civil Action No.** 19-cv-01011-DMS-RBB

**Plaintiff,**

**V.**

Credit One Bank, N.A.; Does 1 through 5

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 The Court GRANTS Defendant's motion to compel arbitration and dismisses Plaintiff's claims.

**Date:**        2/11/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Exler

M. Exler, Deputy